**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**ANH PHAM, on his own behalf
and others similarly situated,**

          Plaintiff,

v                                                    **Case No. 3:11-cv-140-J-37MCR**

**BC JAX, LLC, a Florida Limited Liability
Company d/b/a BENTO CAFE, and
JIMMY TUNG, individually,**

          Defendants.
_____

## ORDER

This case is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc 18) entered September 28, 2011 recommending that the parties' Joint Motion to Approve of FSLA Settlement (Doc 15) be granted, the Revise Settlement Agreement be approved and the case be dismissed with prejudice. A Joint Notice of No Objections (Doc 19) was filed by the parties on September 30, 2011.

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA).. Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case.. Upon review of the record, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claim.

Accordingly, the Court will accept and adopt Judge Richardson's Report  In light of the foregoing, it is hereby **ORDERED:**

1. Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc 18) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion to Approve of FSLA Settlement (Doc 15) is **GRANTED**.

3. For purposes of satisfying the FLSA, the Settlement Agreement and Release is **APPROVED.**

4. This case is **DISMISSED WITH PREJUDICE**.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of October, 2011.

_____
ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record